```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12085
   JOYCE A BULT
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2524

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/13/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/03/2008.
------------------------------------------------------------------------
                                                    INTEREST      PRINCIPAL
CREDITOR NAME              CLASS         CLAIM AMOUNT   PAID         PAID
------------------------------------------------------------------------
FREEDMAN ANSELMO LINDBER NOTICE ONLY   NOT FILED          .00          .00
GUC                      NOTICE ONLY   NOT FILED          .00          .00
WELLS FARGO BANK         CURRENT MORTG       .00          .00          .00
WELLS FARGO BANK         MORTGAGE ARRE  11408.35          .00          .00
BAC/FLEET BKCARD         UNSEC W/INTER NOT FILED          .00          .00
BUREAU OF COLLECTION REC UNSEC W/INTER NOT FILED          .00          .00
COMMONWEALTH EDISON      UNSEC W/INTER    832.65          .00          .00
CREDITORS COLLECTION BUR UNSEC W/INTER NOT FILED          .00          .00
ENCORE RECEIVABLE MANAGE UNSEC W/INTER NOT FILED          .00          .00
NICOR GAS                UNSEC W/INTER NOT FILED          .00          .00
SEARS ROEBUCK & CO       UNSEC W/INTER NOT FILED          .00          .00
WELLS FARGO HOME MORTGAG MORTGAGE NOTI NOT FILED          .00          .00
ROBERT BULT              NOTICE ONLY   NOT FILED          .00          .00
INTERNAL REVENUE SERVICE PRIORITY      NOT FILED          .00          .00
ERNESTO D BORGES JR      DEBTOR ATTY    2,274.00                  1,179.73
TOM VAUGHN               TRUSTEE                                    102.59
DEBTOR REFUND            REFUND                                        .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   1,282.32

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,179.73
TRUSTEE COMPENSATION                              102.59
DEBTOR REFUND                                        .00
                      ---------------       ---------------
TOTALS                    1,282.32              1,282.32

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12085 JOYCE A BULT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 12085 JOYCE A BULT